UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3548 FMO | Date | June 11, 2014 |
|---|---|---|---|
| Title | In Re: Michael Joel Kamen | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | | |
|---|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Duplicative Action

On May 8, 2014, this bankruptcy action was appealed to this court pursuant to 28 U.S.C. §§ 158(a) & (b). (See Notice of Appeal, filed on May 8, 2014). The bankruptcy order being appealed is the Order Appointing Howard Weg as Receiver, filed on April 21, 2014. (See id. at Exh. A).

Appellant appears to challenge the same order that is the subject of the appeal filed on May 8, 2014, in Case No. CV 14-3543 FMO ("Prior Appeal"), which is still pending before the court. (Compare Notice of Appeal, filed on May 8, 2014 at Exh. A with Prior Appeal at Exh. A).

Based on the foregoing, IT IS ORDERED that:

1. Appellant shall, no later than **June 18, 2014**, shall show cause in writing why this action should not be dismissed as duplicative of Case No. CV 14-3543. **Failure to file a response to the order to show cause by the deadline set forth above shall be deemed consent to the dismissal of this action**.

2. Appellees may, no later than **June 18, 2014**, file a written response to this Order.

3. A copy of all papers filed with the court shall be delivered to the drop box outside chambers at Suite 520, Spring Street Courthouse, 312 North Spring Street, **no later than 12:00 noon the following business day**. All chambers copies shall comply fully with the document formatting requirements of Local Rule 11-3, including the "backing" requirements of Local Rule 11-3.5. Counsel may be subject to sanctions for failure to deliver a mandatory chambers copy in full compliance with this Order and Local Rule 11-3.

|  | 00 : 00 |
|---|---|
| | Initials of Preparer  vdr |